IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DAVID MICHAEL HEITMAN and ) | BK No. 19-05320-RM2-7 |
| MISTY RENEE HEITMAN, ) | |
| ) | |
| Debtor(s). ) | |

### TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY

Comes now the trustee in the above captioned case, Erica R. Johnson, by and through counsel, and objects to the Motion for Relief from Automatic Stay regarding real property located at 308 4th Avenue South, Baxter, Tennessee 38544 (the "Property") filed by Specialized Loan Servicing, LLC (the "Movant"), and would further state:

1. David Michael Heitman and Misty Renee Heitman (the "Debtors") commenced the above-captioned case by filing a voluntary chapter 7 petition on August 19, 2019.

2. Erica R. Johnson is the duly appointed and acting trustee in this chapter 7 case (the "Trustee").

3. The Property is property of the bankruptcy estate pursuant to 11 U.S.C. §541.

4. Pursuant to an initial valuation obtained from the website www.zillow.com, the value of the Property is approximately $70,000.00.

5. The Trustee's realtor has not had an opportunity to inspect and value the Property to either confirm or deny the initial valuation.

6. The Trustee's realtor is in the process of making arrangements with the Debtors to inspect and value the Property.

7. Pursuant to the initial valuation, the Trustee believes there is sufficient equity in the

Property to sell on behalf of the bankruptcy estate.

  8.  Therefore, relief from the stay should not be granted.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that the Motion for Relief from Stay be denied; and for such other relief as the Court deems just and proper.

  Respectfully submitted,

  */s/ Erica R. Johnson*
  Erica R. Johnson (BPR No. 30939)
  ERICA R. JOHNSON,
  ATTORNEY AT LAW, PLLC
  8161 Highway 100, Suite 184
  Nashville, Tennessee 37221
  (615) 347-5869 – Telephone
  erica@erjlaw.com – Email
  *Attorneys for Trustee*

**CERTIFICATE OF SERVICE**

  I hereby certify that I have forwarded a true and exact copy of the foregoing document, either electronically via ECF email or by U.S. Mail, to the US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, ustpregion08.na.ecf@usdoj.gov; Alexandra Bradley, Attorney for Movant, abradley@thewilsonlawfirm.com; Lefkovitz and Lefkovitz, PLLC, Attorneys for Debtors, slefkovitz@lefkovitz.com; David Michael Heitman, 356 E. Bangham Road, Cookeville, TN 38501; and Misty Renee Heitman, 356 E. Bangham Road, Cookeville, TN 38501 on the 15th day of November, 2019.

  */s/ Erica R. Johnson*
  Erica R. Johnson